Michael L. Tuchin (State Bar No. 150375)
Thomas E. Patterson (State Bar No. 130723)
David M. Guess (State Bar No. 238241)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:    mtuchin@ktbslaw.com
    tpatterson@ktbslaw.com
    dguess@ktbslaw.com

*Attorneys for Richard J. Laski, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL JOEL KAMEN,<br><br>                        Debtor.<br><br>RICHARD J. LASKI, Chapter 7 Trustee of the Bankruptcy Estate of Michael Joel Kamen,<br><br>                        Plaintiff,<br><br>    v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation; and MICHAEL JOEL KAMEN, an individual,<br><br>                        Defendants. | Case No. 2:12-bk-19793-BB<br><br>Chapter 7<br><br>Adv. Proceeding No. 2:14-ap-01077-BB<br><br>**NOTICE OF DISMISSAL**<br><br>Adversary Proceeding Status Conference<br>Date:    August 5, 2014<br>Time:    2:00 p.m.<br>Judge:    Hon. Sheri Bluebond<br>Place:    Courtroom 1475<br>    U.S. Bankruptcy Court<br>    Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure), Plaintiff Richard J. Laski, the duly-appointed, qualified and acting chapter 7 trustee (the "**Trustee**"), having received a $198,315.27 payment from Defendant Transamerica Life Insurance Company ("**Transamerica**") in full and final satisfaction of the Trustee's claims against Transamerica, hereby dismisses the above-captioned adversary proceeding as moot.

150989.2

DATED: July 2, 2014                     KLEE, TUCHIN, BOGDANOFF & STERN LLP


*/s/ David M. Guess*
David M. Guess
*Attorneys for Richard J. Laski, Chapter 7 Trustee*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 2, 2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David Guess on behalf of Plaintiff Richard J Laski
  dguess@ktbslaw.com
- Richard H Lee on behalf of Defendant Michael Joel Kamen
  richard.lee@salisianlee.com, ECF@salisianlee.com
- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On _____ (*date*) I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2014 (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **TO BE SERVED BY PERSONAL DELIVERY:** | **SERVED BY EMAIL:** |
|---|---|
| The Honorable Sheri Bluebond | Elliott R. Good, Counsel to Transamerica Life Insurance Co. |
| U.S. Bankruptcy Court | *ergood@chorgood.com* |
| Roybal Federal Building | Van Shirey, Counsel to Transamerica Life Insurance Co. |
| Bin outside of Suite 1482 | *vrs@chorgood.com* |
| 255 E. Temple Street | Richard H. Lee, Counsel to Michael Joel Kamen |
| Los Angeles, CA 90012-3332 | *richard.lee@salisianlee.com* |

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2014 | Kathryn T. Zwicker | */s/ Kathryn T. Zwicker* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

150989.2